

**SO ORDERED.**
**SIGNED this 4th day of December, 2014**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## NORTHERN DIVISION

IN RE:      DEAN SCOTT DREW                    #10-33007
                                               Chapter 13

### AGREED ORDER RESOLVING TRUSTEE'S MOTION TO DISMISS

This matter came upon the Motion to Dismiss filed by the Chapter 13 Trustee.

Debtor shall resume plan payments of $94.00 every week to be paid by direct

pay.

This order is dispositive of the Trustee's Motion to Dismiss.

# # #

APPROVED FOR ENTRY:


 /s/  Richard M. Mayer, #5534
 /s/  John P. Newton, Jr., #010817
Attorneys for Debtor
1111 Northshore Drive, Suite S-570
Knoxville, TN  37919
(865) 588-5111
mayerandnewton@mayerandnewton.com



/s/ Gwendolyn M. Kerney (by en w/perm)
GWENDOLYN M. KERNEY, #07280
Chapter 13 Trustee
PO Box 228
Knoxville, TN  37901
(865) 524-4995